UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MARCUS KELLEY,<br><br>    Defendant. | Case No. 2:24-cr-00025-APG-MDC<br><br>**ORDER** |

    I ORDER that the parties' stipulation to continue sentencing hearing (ECF No. 80) is GRANTED.

    I FURTHER ORDER that the sentencing hearing currently scheduled for Wednesday, July 9, 2025 at 10:45 a.m., be vacated and continued to August 13, 2025 at 9:00 a.m. in LV Courtroom 6C.

    DATED this 12th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

3